UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60867-CIV-BB

NARCISO CARRILLO RODRIGUEZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                            Plaintiff, )
vs. )

BILLY'S STONE CRABS, INC., )
WILLIAM L. HERSHEY, )

                                            Defendants. )
_____ )

## **PLAINTIFF'S STATEMENT OF CLAIM**

      Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Time-And-One-Half Overtime Wage Claim (1/5/15-8/2/16):**
Weeks: 82
Overtime hours: 44
Amount of time-and-a-half overtime per hour not compensated: $37.50
Total overtime wages unpaid and liquidated damages: $135,300 X 2 = $270,600.00

**Federal Half-Time Overtime Wage Claim (8/3/16-12/31/16):**
Weeks: 21
Overtime hours: 44
Amount of half-time overtime per hour not compensated: $7.29
Total overtime wages unpaid and liquidated damages: $6,735.96 X 2 = $13,471.92

**Federal Half-Time Overtime Wage Claim (1/1/17-4/24/17):**
Weeks: 16
Overtime hours: 32
Amount of half-time overtime per hour not compensated: $7.29
Total overtime wages unpaid and liquidated damages: $3,732.48 X 2 = $7,464.96

**Total Federal overtime wages unpaid and liquidated damages: $145,768.44 X 2 = $291,536.88,** *exclusive* **of attorneys' fees and costs**

Attorney fees and costs to date:
J.H. Zidell, Esq. – 2.3 hours X $390.00 per hour = $897

Rivkah Jaff, Esq. –   .9 hours X $290.00 per hour = $261
Neil Tobak, Esq. – 1.3 hours X $290.00 per hour = $377
Costs - $530.00

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
           Rivkah F. Jaff, Esquire
           Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 5/5/17 TO:**

**ALL CM/ECF RECIPIENTS**

    **BY:___/s/___Rivkah Jaff_____**
        **RIVKAH JAFF, ESQ.**