UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:17-cv-60867-BB

NARCISO CARRILLO RODRIGUEZ
and all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

BILLY'S STONE CRABS, INC. and
WILLIAM L. HERSHEY,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendant BILLY'S STONE CRABS, INC. ("Defendant Billy's") and Defendant WILLIAM L. HERSHEY ("Defendant Hershey") (collectively "Defendants"), by and through the undersigned counsel, pursuant to this Honorable Court's May 3, 2017 Order [ECF No.6], provides this Response to Plaintiff's Statement of Claim:

1. Defendants deny the allegations made in Plaintiff's Statement of Claim. Plaintiff was employed by Defendant Billy's as a Fish House Manager from October 14, 2015 until April 24, 2017. During his employment in that position, he was classified as exempt from the overtime requirements of the Fair Labor Standards Act ("FLSA") by virtue of the executive exemption and the administrative exemption. As a result, Defendants dispute that Plaintiffs is entitled to recover any damages for unpaid overtime compensation in the instant action.

2. In Plaintiff's Statement of Claim, he alleges that he is owed damages dating back to January 5, 2015. This is impossible, given that he did not begin working for Defendant until

Case 0:17-cv-60867-BB   Document 19   Entered on FLSD Docket 06/14/2017   Page 2 of 4

*Carillo Rodriguez v. Billy's Stone Crabs, Inc. et al.*
Case No. 17-cv-60867-BB
P a g e | 2

over nine months later. Regardless of any dispute over the merits, he cannot recover any damages from January 5, 2015 through October 13, 2015.

3. In Plaintiff's Statement of Claim, he alleges that he worked *84* hours per week through December 31, 2016 and *72* hours per week from January 1, 2017 through the end of his employment. While Plaintiff did work a significant number of hours during many weeks of his employment, the average he has asserted is a significant exaggeration. As an exempt employee, Plaintiff did not punch a clock and Defendant Billy's did not otherwise track the individual hours that Plaintiff worked each day. However, witness testimony and other evidence relevant to the case will contradict Plaintiff's exaggerated assertion of his hours worked.

4. In Plaintiff's Statement of Claim, he calculates his alleged unpaid overtime damages using a "time-and-a-half-rate" however, in the event that Plaintiff is able to establish that he was misclassified as exempt from the overtime requirements of the FLSA, his method of calculating damages is incorrect. Plaintiff was paid a fixed salary that was intended to compensate him for all hours that he worked in a given day and/or week. As a result, if it is determined that he was misclassified as exempt, his overtime damages would not be calculated at a time-and-a-half rate. Instead, his overtime damages would be calculated by dividing his salary by the total number or hours that he worked (to determine his regular rate), and then multiplying the number of overtime hours he worked by one-half his regular rate. *See Torres v. Bacardi Global Brands Promotions, Inc.*, 482 F. Supp.2d 1379, 1381 (S.D. Fla. 2007). In fact, "[v]irtually every court that has considered the question has upheld the remedial use of half-time in failed exemption cases." *Id.* at 1381, n.2 (internal citation omitted); *see also Cusumano v. Maquipan Int'l, Inc.,* 2005 U.S. Dist. LEXIS 30257, *24 (M.D. Fla. Nov. 30, 2005); *English v.*

Case 0:17-cv-60867-BB   Document 19   Entered on FLSD Docket 06/14/2017   Page 3 of 4

*Carillo Rodriguez v. Billy's Stone Crabs, Inc. et al.*
Case No. 17-cv-60867-BB
P a g e | 3

*Pharmerica Drug. Sys.,* 2004 U.S. Dist. LEXIS 29900, *9-14 (M.D. Fla. Aug. 27, 2004);

*Blackmon v. Brookshire Grocery Co.*, 835 F.2d 1135, 1138-39 (5th Cir. 1988).

WHEREFORE, Plaintiff is not entitled to the relief that he seeks in this action, including his claim for unpaid overtime damages, liquidated damages and attorney's fees and costs.  Thus, Defendants respectfully deny Plaintiff's Statement of Claim and demand strict proof thereof.

DATED this 14th day of June 2016.

    Respectfully submitted,

    **LITTLER MENDELSON, P.C.**
    Wells Fargo Center
    333 S.E. 2nd Avenue, Suite 2700
    Miami, Florida  33131
    Tel:  (305) 400-7500
    Fax: (305) 603-2552

    By**:** */s/ Grissel Seijo*
        Aaron J. Reed, Esq.
        Florida Bar No. 557153
        E-mail: *areed@littler.com*
        Secondary: btapia@littler.com
        Grissel Seijo
        Florida Bar No. 087594
        E-mail: *gseijo@littler.com*
        Secondary: bdonet@littler.com

    *Counsel for Defendants*

Case 0:17-cv-60867-BB   Document 19   Entered on FLSD Docket 06/14/2017   Page 4 of 4

*Carillo Rodriguez v. Billy's Stone Crabs, Inc. et al.*
Case No. 17-cv-60867-BB
P a g e | **4**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Grissel Seijo*
Grissel Seijo

## SERVICE LIST

| **J.H. ZIDELL, P.A.** | **LITTLER MENDELSON, P.C.** |
|---|---|
| J.H. Zidell, Esq. | Aaron J. Reed, Esq. |
| E-mail: *Zabogado@aol.com* | Florida Bar No. 557153 |
| Neil Tobak. Esq. | E-mail: *areed@littler.com* |
| E-mail: *ntobak.zidellpa@gmail.com* | Grissel Seijo, Esq. |
| Rivkah Jaff, Esq. | Florida Bar No. 087594 |
| E-mail: *rivkah.jaff@gmail.com* | E-mail: *gseijo@littler.com* |
| 300 71st Street, Suite 605 | Wells Fargo Center |
| Miami Beach, Florida 33141 | 333 S.E. 2nd Avenue, Suite 2700 |
| Tel: (305) 865-6766 | Miami, Florida 33131 |
| Fax: (305) 865-7167 | Tel: (305) 400-7500 |
|  | Fax: (305) 603-2552 |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |