UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:17-CV-60867-BB

NARCISO CARRILLO RODRIGUEZ,

    Plaintiff,

vs.

BILLY'S STONE CRABS, INC. and
WILLIAM L. HERSHEY,

    Defendants.
_____/

**JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER**

Plaintiff, NARCISSO CARRILLO RODRIGUEZ, Defendant, BILLY'S STONE CRABS, INC., and Defendant, WILLIAM L. HERSHEY, by and through their respective undersigned counsel, and pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(B) of the Local Rules of the United States District Court for the Southern District of Florida, as well as this Honorable Court's June 14, 2017 Order Setting Status Conference and Requiring Joint Scheduling Report and Certificates of Interested Parties (ECF No. 18), hereby file the instant Joint Scheduling Report and Proposed Scheduling Order.

**1.**     **Recommended Case Management Track**

Pursuant to Local Rule 16.1(A)(4), S.D.Fla.L.R., the Parties recommend that this case be placed on the Standard Case Management Track, as defined in Local Rule 16.1(A)(2)(b), S.D.Fla.L.R.

**2.    Discovery Plan**

(1)    The Parties have agreed to exchange the Initial Disclosures set forth in Rule 26(a)(1)(A)-(D) of the Federal Rules of Civil Procedure by July 24, 2017.

(2)    Each Party may propound written discovery and may notice depositions as subject to any restrictions imposed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida.

(3)  The Parties do not believe that discovery should be conducted in phases, or that it should be limited or focused upon any particular issues, other than those likely to lead to the discovery of admissible evidence in the instant action.

(4)    The Parties are not aware of any present issues relating to the disclosure or discovery of electronically stored information.

(5)    The Parties do not believe that any changes should be made in the limitations on discovery imposed under these rules or by local rule.

(6)    The Parties may need to file a Joint Stipulation for a Protective Order Regarding Confidentiality, depending upon what documents are requested during discovery, and will seek Court Intervention should the Parties not be able to reach a proposed Agreed Order regarding same.

**3.    Discussion of Likelihood of Settlement**

The Parties are unable to assess the likelihood of settlement at this time. The Parties will meet and confer regarding the possibility of a potential settlement at appropriate times during this action. Further, the Court has set a Settlement Conference in this matter to occur before the Honorable Magistrate Judge Alicia O. Valle on August 17, 2017. [DE21]. Prior to said

Settlement Conference, and in compliance with the Order, the Parties will engage in settlement discussions in an attempt to resolve the matter.

**4.     Likelihood of Appearance in the Action of Additional Parties**

Defendants do not anticipate the appearance in this action of additional parties. Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable.

**5.     Proposed Time Limits**

(1)     The Parties recommend a deadline of September 18, 2017 to join other parties and to amend the pleadings.

(2)     The Parties recommend that Plaintiff shall furnish opposing counsel with a list of expert witnesses intended to be called as trial, along with the summaries/reports required by Local Rule 16.1(K), by January 5, 2018.

(3)     The Parties recommend that Defendants shall furnish opposing counsel with a list of expert witnesses intended to be called at trial along with the summaries/reports required by Local Rule 16.1 (K), on January 26, 2018.

(4)     The Parties recommend a deadline of February 2, 2018 to exchange witness lists.

(5)     The Parties recommend a deadline of March 2, 2018 to complete all fact and expert discovery.

(6)     The Parties recommend a deadline of March 16, 2018 to complete mediation.

(7)     The Parties recommend a deadline of March 30, 2018 to file dispositive pre-trial motions.

(8)     The Parties recommend a deadline of April 13, 2018 to file *Daubert* motions (which include motions to strike experts).

(9)     The Parties recommend a deadline of May 25, 2018 to file motions in limine and any other non-dispositive pre-trial motions.

(10)    The Parties recommend a deadline of June 1, 2018 to file the joint pre-trial stipulation, proposed jury instructions and verdict form.

**6.     Proposal for the Formulation and Simplification of Issues**

None at this time.  Should it become necessary, counsel shall meet to discuss any proposals for the formulation and simplification of issues.

**7.     Necessity or Desirability of Amendments to Pleadings**

None at this time.

**8.     Possibility of Obtaining Admissions of Fact and Documents**

Should it become necessary, counsel will meet to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court and the admissibility of evidence.

**9.     Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**

None at this time.  Should it become necessary, counsel will meet to discuss suggestions for the avoidance of unnecessary proof and cumulative evidence.

**10.    Suggestions on the Advisability of Referring Matters to a Magistrate or Master**

The Parties agree that a United States Magistrate Judge may hear and rule on matters related to discovery only.  The Parties do not consent to the use of a United States Magistrate

Judge to rule on dispositive motions or to conduct the trial on this cause.

**11.     Preliminary Estimate of the Time Requires for Trial**

At this time, the Parties anticipate a trial of three days. Plaintiff demands a trial by jury.

**12.     Requested Dates for Conferences Before Trial, Final Pretrial Conferences and Trial**

The Parties request a trial period that begins on or about July 16, 2018, and a pre-trial conference to take place on or about July 11, 2018.

**13. Any Other Information That Might be Helpful to the Court in Setting this Case for Status or Pretrial Conference**

None at this time.

*     *     *

Dated:   July 5, 2017.

Respectfully submitted,

| | |
|---|---|
| By: /s/Neil Tobak | By: **/s/** *Grissel Seijo* |
| J.H. Zidell<br>Florida Bar No. 10121<br>E-mail: *Zabogado@aol.com*<br>Neil Tobak<br>Florida Bar No. 93940<br>E-mail: *ntobak.zidellpa@gmail.com*<br>Rivkah Jaff<br>Florida Bar No. 107511<br>E-mail: *rivkah.jaff@gmail.com*<br>**J.H. ZIDELL, P.A.**<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br>Tel: (305) 865-6766<br>Fax: (305) 865-7167<br><br>*Attorneys for Plaintiff* | Aaron Reed<br>Florida Bar No. 557153<br>E-mail: *areed@littler.com*<br>Grissel Seijo<br>Florida Bar No. 87594<br>E-mail: *gseijo@littler.com*<br>**LITTLER MENDELSON, P.C.**<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Tel:  (305) 400-7500<br>Fax:  (305) 603-2552<br><br>*Attorneys for Defendant* |