UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.  0:17-CV-60867-BB

NARCISO CARRILLO RODRIGUEZ
and all others similarly situated under
29 U.S.C. 216(b),

      Plaintiff,

v.

BILLY'S STONE CRABS, INC. and
WILLIAM L. HERSHEY,

      Defendants.

_____/

**DEFENDANTS' UNOPPOSED TIME SENSITIVE MOTION FOR**
**CONTINUANCE OF SETTLEMENT CONFERENCE**

Defendant BILLY'S STONE CRABS, INC. ("Defendant Billy's") and Defendant WILLIAM L. HERSHEY ("Defendant Hershey") (referred to collectively where appropriate as "Defendants"), hereby file this Unopposed Time Sensitive Motion for Continuance of Settlement Conference, currently scheduled to take place on Thursday, August 17, 2017 (starting at 1:00 pm). Good cause for this request for a continuance of the currently scheduled Settlement Conference exists for the following reasons:

1.      On May 3, 2017, Plaintiff Narciso Carrillo-Rodriguez filed the instant action alleging a violation of the Fair Labor Standards Act ("FLSA"). *See* ECF No. 1. Plaintiff alleges that Defendants misclassified him as exempt from the overtime provision of the FLSA during his employment. *Id.*

*Carrillo Rodriguez v. Billy's Stone Crabs, Inc. et al.*
Case No. 17-cv-60867-BB
Page | 2

2. On May 3, 2017, the Court issued an Order in Actions Brought Under The Fair Labor Standards Act ("FLSA Order").  *See* ECF No. 6.  In the FLSA Order, the Court required Plaintiff to file a Statement of Claim, followed by the filing of Response to Plaintiff's Statement of Claims by Defendants.  *Id.*  The parties were then required to participate in a settlement conference with the Honorable Magistrate Judge Alicia O. Valle.  *Id.*

3. On June 30, 2017, Judge Valle issued an Order Setting Settlement Conference in FLSA Case.  *See* ECF No. 21.  The Order scheduled the settlement conference for Thursday, August 17, 2017 at 1:00 pm.  *Id.*

4. The Order also required the parties to exchange documents supporting the claims and defenses, and to send a Confidential Settlement Conference Statement to Judge Valle, by August 10, 2017.  *Id.*  The parties complied with the Order.  *See* ECF Nos. 28 and 29.

5. This morning, August 16, 2017, Defendant Hershey was hospitalized at Memorial Hospital Miramar, due to complications from cancer.  At this time, he does not know when he will be released from the hospital.  Defendant Hershey anticipates that he will begin chemotherapy upon his release from the hospital, although he does not yet have any specific information on a schedule for any such treatment.  In additional to being an individual defendant in the instant action, Defendant Hershey is the "Billy" of Defendant Billy's.  Thus, his presence and attendance at the settlement conference is essential.

6. As a result of the above unexpected circumstances, Defendant Billy will not be able to attend the settlement conference on August 17, and so Defendants respectfully request a rescheduling of the settlement conference to a later date.

7. The Scheduling Order set a discovery deadline of January 2, 2018, a summary judgment deadline of January 24, 2018, and a trial to take place during the Court's two-week

trial calendar beginning on April 30, 2018.  *See* ECF No. 24.  Thus, a brief postponement of the settlement conference to a later date will not impact the parties' ability to engage in discovery.  In fact, the parties have already served and exchanged written discovery.

8.      Defendants do not presently know when Defendant Hershey will be released from the hospital, or what sort of treatment schedule he will be placed on when he is released.  As a result, Defendants would like to contact the Court, no later than five (5) business days from today, with an update, which will include mutually available dates for the parties to participate in the Settlement Conference (or an explanation regarding why additional time is needed to do so).  The parties are committed to assisting the Court with rescheduling the Settlement Conference as soon as practical under the circumstances.

9.      The relief requested in this Motion will not prejudice Plaintiff, and will serve the interests of justice.

10.     Pursuant to S.D. Fla. L.R. 7.1(a)(3), on August 16, 2017, Defendants' counsel contacted Plaintiff's counsel regarding the present circumstances and the need to reschedule the settlement conference, and Plaintiff's counsel stated that Plaintiff ***does not*** oppose this motion or the relief sought.

WHEREFORE, for the reasons discussed above, and the good cause shown, Defendants respectfully request that the Court grant a Continuance of the Settlement Conference, which is currently scheduled to take place on August 17, 2017.  The parties further request that the Court allow Defendants five (5) business days to contact the Court with an update, which will include mutually available dates for the parties to participate in the Settlement Conference (or an explanation regarding why additional time is needed to do so.

Dated this 16th day of August, 2017.        Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Wells Fargo Tower
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone:  (305) 400-7500
Facsimile:   (305) 603-2552


By:  */s/ Grissel Seijo*
Aaron Reed
Florida Bar No. 557153
E-mail:  areed@littler.com
Grissel Seijo
Florida Bar No. 087594
E-mail:  gseijo@littler.com

*COUNSEL FOR DEFENDANTS*

*Carrillo Rodriguez v. Billy's Stone Crabs, Inc. et al.*
Case No. 17-cv-60867-BB
Page | 5

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 16th day of August, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: <u>/s/ *Grissel* Seijo</u>
Grissel Seijo

**J.H. ZIDELL, P.A.**
J.H. Zidell, Esq.
E-mail:  Zabogado@aol.com
Neil Tobak, Esq.
E-mail:  ntobak.zidellpa@gmail.com
Rivkah Jaff, Esq.
E-mail:  rivkah.jaff@gmail.com
K. David Kelly
E-mail: david.kelly38@rocketmail.com
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel:  (305) 865-6766
Fax:  (305) 865-7167

*COUNSEL FOR PLAINTIFF*

Aaron Reed, Esq.
Florida Bar No. 557153
E-mail:  areed@littler.com
Grissel Seijo, Esq.
Florida Bar No. 087594
E-mail:  gseijo@littler.com
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax:  (305) 603-2552

COUNSEL FOR DEFENDANTS