UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-CV-60867-AOV

[CONSENT CASE]

NARCISO CARRILLO RODRIGUEZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
                    Plaintiff, )
vs. )
BILLY'S STONE CRABS, INC., )
WILLIAM L. HERSHEY, )
                    Defendants. )

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH LOCAL RULE 26.1(g)(1) REGARDING DISCOVERY DISPUTES**

**COME NOW** the Plaintiffs, by and through undersigned counsel, and hereby files the above-described Unopposed Motion, and in support thereof states as follows:

1. Plaintiff NARCISO CARRILLO RODRIGUEZ, served Defendants with initial discovery request, including Plaintiff's First set of interrogatories, Plaintiff's First Request for Production, and Plaintiff's first Request for Admissions, directed toward each Defendant on July 5, 2017.

2. Defendants responded to discovery requests on August 9, 2017.

3. Per Local Rule 26.1(g)(1), "all disputes related to discovery shall be presented to the Court by motion …. original due date (or later date if extended by the Court or the parties) of the response or objection to the discovery request that is the subject of the dispute." *See, Berman v. Kafka,* 2014 U.S. Dist. LEXIS192487 (M.D. Fla. 2014).

4. Any Motion for dispute would then necessarily need to be filed on or before September 5, 2017.

5. Plaintiff initially conferred with Defendant on or about August 10, 2017. Subsequent to same, the parties have been unable to confer as pointed out in [DE31], the morning of August 16, 2017, Defendant Hershey was hospitalized at Memorial Hospital Miramar, due to complications from cancer.

6. Through continued conferral with Defense Counsel, Plaintiff has been advised that the Defendant needs "a few more weeks" before he is healthy enough to respond to any conferral attempts.

7. Plaintiffs submits this request for an extension in good faith and not for the purpose of delay but rather to allow the parties the opportunity to properly confer regarding discover disputes, and attempt resolve without any court intervention. Should the parties not be able to resolve, the Plaintiff intends to reserve his rights under Local rule 26.1(g)(1).

8. Plaintiff conferred with Defense counsel by email prior to the filing of the instant Motion and Defense counsel stated that he does not oppose the extension sought.

9. Therefore, Plaintiff respectfully request an enlargement of thirty (30) days from the deadline to file a discovery dispute motion or from the date of the Court's Order, whichever is later, to file any possible discovery disputes.

## MEMORANDUM OF LAW

The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4

(S.D.N.Y. 10/14/08). The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995).

Plaintiffs are desirous to ensure the record is complete when filing their Motion for discovery disputes and will be unable to properly confer, while Defendant is in the Hospital, and thus unable comply with Local Rule 26.1(g)(1).

WHEREFORE PLAINTIFFS RESPECTFULLY REQUEST AN ENLARGEMENT OF THIRTY (30) DAYS FROM THE DEADLINE TO FILE A DISCOVERY DISPUTE MOTION OR FROM THE DATE OF THE COURT'S ORDER.

## CERTIFICATE OF CONFERRAL

Defense counsel has represented that Defendants do not oppose the relief herein sought.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
Neil Tobak, Esquire
Florida Bar No.: 93940

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 8/29/17 TO:

Grissel Seijo
Littler Mendelson, P.C.
333 SE 2nd Avenue
Suite 27000
Miami, FL 33133

305-400-7500
Fax: 305-603-2552
Email: gseijo@littler.com
*ATTORNEY TO BE NOTICED*

**Aaron Jarett Reed**
**Littler Mendelson, P.C.**
**333 S.E. 2nd Avenue, Suite 2700**
**Miami, FL 33131**
**305-400-7500**
**Fax: 305-603-2552**
**Email: AReed@littler.com**
*LEAD ATTORNEY*

BY:_____/s/ Neil Tobak_____
           NEIL TOBAK, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-CV-60867-AOV

[CONSENT CASE]

NARCISO CARRILLO RODRIGUEZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                              Plaintiff, )
    vs. )

BILLY'S STONE CRABS, INC., )
WILLIAM L. HERSHEY, )
                                          Defendants. )

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH LOCAL RULE 26.1(g)(1)**

This cause, having come before the Court on the above-described motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said motion is granted as follows:

PLAINTIFF SHALL HAVE THROUGH TO _____, 2017, TO COMPLY WITH LOCAL RULE 26.1(g)(1).

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

                                                                                ALICIA O. VALLE
                                                                                UNITED STATES MAGISRATE JUDGE

Copies to: Counsel of Record