UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-60867-VALLE

CONSENT CASE

NARCISO CARRIOLLO RODRIGUEZ,

    Plaintiff,
v.

WILLIAM L. HERSHEY and
BILLY'S STONE CRABS, INC.,

    Defendants.
_____/

**ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE AND
REFERRING CASE FOR SETTLEMENT CONFERENCE**

**THIS CAUSE** came before the Court upon the parties' consent to jurisdiction to authorize the undersigned Magistrate Judge to conduct all further proceedings in the case, including trial and entry of final judgment pursuant to 28 U.S.C. § 636(c). *See* (ECF Nos. 33 and 34). Having reviewed the record and the Court's calendar, and being otherwise duly advised in the premises, is hereby **ORDERED AND ADJUDGED** as follows:

Trial will begin on **Monday, August 13, 2018 at 9:00 a.m.** Calendar call will be held at 2:00 p.m. on Tuesday, August 7, 2018. No pre-trial conference will be held unless a party requests one and the Court determines that one is necessary. Unless otherwise indicated by subsequent order, the trial and all other proceedings in this case shall be conducted at the **U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida**. A courtroom designation will follow.

The parties shall adhere to the following deadlines:

**October 20, 2017.**  Parties to exchange Rule 26(a) initial disclosures (if not already exchanged).

**December 11, 2017**.  Deadline for joinder of parties and amendment of pleadings.

**January 19, 2018**.  Parties must have participated in a settlement conference before U.S. Magistrate Judge Patrick M. Hunt.

**March 2, 2018**.  Parties exchange expert witness lists and summaries or reports.

**March 23, 2018**.  Parties exchange rebuttal expert witness lists and summaries or reports.

**April 20, 2018**.  All discovery, including expert discovery, is to be completed.

**May 4, 2018**.  Parties must have completed mediation and filed a mediation report within seven days of conducting mediation.

**May 18, 2018**. All pre-trial motions and *Daubert* motions (which include motions to strike experts) are to be filed.  Each party is limited to filing one *Daubert* motion.  If all evidentiary issues cannot be addressed in a 20-page memorandum, the parties may request leave to exceed the page limit.  **The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification.  This deadline includes all <u>dispositive</u> <u>motions</u>.**

**July 6, 2018**. Parties submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*.  If all evidentiary issues cannot be addressed in a 20-page memorandum, the parties may request leave to exceed the page limit.  **The parties are reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.**

<u>**Referral to Magistrate Judge for Settlement Conference**</u>**.**  This case is hereby referred to U.S. Magistrate Judge Patrick M. Hunt for a settlement conference.  The parties are to contact Judge Hunt's Chambers to schedule the conference to be conducted by the date listed above, unless otherwise ordered by Judge Hunt or the undersigned.

**Procedures for Discovery Motions**. Discovery matters are handled on an **expedited briefing schedule** and with a **shortened page limitation**. Responses and replies to discovery motions are due no later than seven (7) days after a motion, or response, is filed. These deadlines are inclusive of the mailing days allotted by the Federal and Local Rules. Contrary deadlines that may appear on the Court's docket or on reports generated by CM/ECF cannot modify these procedures. Any discovery motion and response, including the incorporated memorandum of law, shall not exceed ten (10) double-spaced pages. Any reply memoranda shall not exceed five (5) double-spaced pages.

**Discovery Deadlines Generally**. The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions. The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the deadlines set forth above. Only stipulations that would interfere with the Court's deadlines require approval by the Court. *See* Fed. R. Civ. P. 29. In addition to the documents enumerated in Local Rule 26.1(b), the parties shall not file notices of deposition with the Court. Strict compliance with the Local Rules is expected, particularly with regard to motion practice. *See* S.D. Fla. L.R. 7.1. Moreover, the parties are on notice that the Court enforces Federal Rule of Civil Procedure 37.

**Jury Instructions and Verdict Form**. The parties shall submit their proposed jury instructions and verdict form jointly, although they need not agree on each proposed instruction. Where the parties do not agree on a proposed instruction, that instruction shall be set forth in bold type. Instructions proposed only by a plaintiff shall be underlined. Instructions proposed only by a defendant shall be italicized. Every instruction must be supported by citation to authority. The parties shall use as a guide the Eleventh Circuit Pattern Jury Instructions for Civil

Cases, including the directions to counsel contained therein. Proposed jury instructions and verdict form, in typed form, including substantive charges and defenses, shall be submitted to the Court prior to calendar call, in Word format, via e-mail to valle@flsd.uscourts.gov. Instructions for filing proposed documents may be viewed at http://www.flsd.uscourts.gov.

**Trial Exhibits**. All trial exhibits must be pre-marked. Plaintiff's exhibits must be marked numerically with the letter "P" as a prefix. Defendant's exhibits must be marked numerically with the letter "D" as a prefix. A list setting out all exhibits must be submitted at the time of trial. This exhibit list must indicate the pre-marked identification label (e.g., P-1, or D-1) and must also include a brief description of the exhibit.

**Deposition Designations**. Any party intending to use deposition testimony as substantive evidence must designate by line and page reference those portions in writing. The designations must be served on opposing counsel and filed with the Court 14 days before the deadline to file the joint pretrial stipulation. The adverse party must serve and file any objections and cross-designations within seven (7) days. The initial party then has seven (7) days to serve and file objections to the cross-designations.

**Settlement**. If this matter is settled, counsel shall inform the Court promptly via telephone (954-769-5750) and/or e-mail (valle@flsd.uscourts.gov) and file a Notice of Settlement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida on September 29, 2017.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record