UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-60867-VALLE

CONSENT CASE

NARCISO CARRILLO RODRIGUEZ,

    Plaintiff,

v.

BILLY'S STONE CRABS, INC., and
WILLIAM L. HERSHEY,

    Defendants.
_____/

## ORDER SETTING HEARING ON DISCOVERY MOTION

THIS CAUSE is before the Court upon Plaintiff's Motion to Compel Better Responses to Discovery (ECF No. 40) (the "Motion"). A hearing on the Motion is tentatively scheduled for **Monday, November 6, 2017 at 1:00 p.m.** in the Fort Lauderdale Division before U.S. Magistrate Judge Alicia O. Valle.

**Discovery Procedures**: Discovery matters before Judge Valle are handled on an expedited briefing schedule and with a shortened page limitation. *See* (ECF No. 36). Plaintiff filed the Motion on October 10, 2017. Consequently, Defendants' Response is due by **October 17, 2017**. No reply is necessary. The Court does not recognize generalized boilerplate objections. *See, e.g.*, *Adelman v. Boy Scouts of Am.*, 276 F.R.D. 681, 688 (S.D. Fla. 2011) ("[J]udges in this District typically condemn boilerplate objections as legally inadequate or 'meaningless.'"); *Benfatto v. Wachovia Bank, N.A.*, No. 08–CIV–60646, 2008 WL 4938418, at *2 (S.D. Fla. Nov. 19, 2008) ("[G]eneralized objections, which purport to object to each and every category of documents, are not recognized by this Court."). Boilerplate objections may also border on a frivolous response to discovery requests. *Steed v. Everhome Mortg. Co.*, 308 F. App'x 364, 371 (11th Cir. 2009).

**Joint Status Report**: In advance of the hearing, the parties shall meet and confer in person or telephonically in a good faith effort to narrow and/or resolve the discovery issues raised in the Motions. By no later than **12:00 p.m. on Monday, October 30, 2017**, the parties shall file a Joint Status Report, identifying which issues/discovery requests, if any, remain unresolved. The Joint Status Report must set forth the following information for the unresolved discovery issues: (1) the verbatim request; (2) the verbatim response; (3) a brief summary of each party's position; and (4) the result of the parties' meet and confer. The parties may group the discovery requests by issue, as appropriate. This information must be presented in chart form as set forth below, addressing one discovery request/issue per page:

| **Request No. [  ]:**  [VERBATIM REQUEST]<br><br>**Response**:  [VERBATIM RESPONSE] | | |
| --- | --- | --- |
| **Movant's position:** | **Opponent's position:** | **[LEAVE BLANK FOR COURT USE]** |

The parties shall file <u>and</u> separately e-mail the Joint Status Report, in Word format, to valle@flsd.uscourts.gov. Upon review of the Joint Status Report, the Court will make a final determination whether to proceed with the scheduled hearing. The parties will be notified of the courtroom location by separate order.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on October 11, 2017.

*/s/ Alicia O. Valle*
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record