UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-60867-VALLE

CONSENT CASE

NARCISO CARRIOLLO RODRIGUEZ,

Plaintiff,

v.

WILLIAM L. HERSHEY and
BILLY'S STONE CRABS, INC.,

Defendants.
_____________________________________/

**AMENDED ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE AND REFERRING CASE FOR SETTLEMENT CONFERENCE**

**THIS CAUSE** came before the Court upon Defendants' Motion to Stay Proceedings for Ninety Days. Having granted the stay, the Scheduling Order is amended as follows:

Trial will begin on **Monday, August 13, 2018 at 9:00 a.m.** Calendar call will be held at 2:00 p.m. on Tuesday, August 7, 2018. No pre-trial conference will be held unless a party requests one and the Court determines that one is necessary. Unless otherwise indicated by subsequent order, the trial and all other proceedings in this case shall be conducted at the **U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida**. A courtroom designation will follow.

The parties shall adhere to the following deadlines:

**October 20, 2017.** Parties to exchange Rule 26(a) initial disclosures (if not already exchanged).

**December 11, 2017**. Deadline for joinder of parties and amendment of pleadings.

**March 26, 2018**. Parties must have participated in a settlement conference before U.S. Magistrate Judge Patrick M. Hunt.

**April 2, 2018**. Parties exchange expert witness lists and summaries or reports.

**April 23, 2018**. Parties exchange rebuttal expert witness lists and summaries or reports.

**May 14, 2018**. All discovery, including expert discovery, is to be completed.

**May 21, 2018**. Parties must have completed mediation and filed a mediation report within seven days of conducting mediation.

**June 4, 2018**. All pre-trial motions and *Daubert* motions (which include motions to strike experts) are to be filed. Each party is limited to filing one *Daubert* motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, the parties may request leave to exceed the page limit. **The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification. This deadline includes all dispositive motions.**

**July 6, 2018**. Parties submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*. If all evidentiary issues cannot be addressed in a 20-page memorandum, the parties may request leave to exceed the page limit. **The parties are reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.**

**Referral to Magistrate Judge for Settlement Conference.** The Settlement Conference set for Wednesday, November 15, 2017 before United States Magistrate Judge Patrick M. Hunt is cancelled based on the stay of the case, *see* (ECF No. 54). The parties are to contact Judge Hunt's Chambers to reschedule the conference to be conducted by the date listed above, unless otherwise ordered by Judge Hunt or the undersigned.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on November 6, 2017.

Alicia O. Valle

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record